164

66 So.2d 130

**Bryant LONG v. CITY OF OPELIKA.**

**5 Div. 577.**

Supreme Court of Alabama.

June 18, 1953.

Walter B. Venters, Opelika, for petitioner.

McKee & Maye, Opelika, opposed.

STAKELY, Justice.

Petition of Bryant Long for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Long v. City of Opelika, 66 So.2d 126.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.